**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:    In re Houston Progressive Radiology Associates, PLLC, Rodolfo L. Garcia and Brandon C. Stroh

Appellate case number:    01-14-00463-CV

Trial court case number:    2014-12279

Trial court:    80th District Court of Harris County

      Real Parties in Interest Stephen B. Lee, M.D., P.A., Dean Paul Chavin, Jr., M.D., P.A., and Michael Nguyen, M.D. have filed a Response to Emergency Motion to Stay All Trial Court Proceedings Pending Appellate Review of Order Denying Arbitration, and Motion to Reconsider Temporary Relief Granted Under Rule 52.10(c). The Motion to Reconsider Temporary Relief Granted Under Rule 52.10(c) is DENIED.

      It is so ORDERED.

Judge's signature: /s/ Rebeca Huddle
          ☑ Acting individually    ☐ Acting for the Court

Date: July 22, 2014